

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO.: 3:03CR160WN-003 |
| FAURICE JOSEPH MORGAN | * | |

## ORDER AUTHORIZING LIMITED DISCLOSURE

Jennifer Martin, United States Probation Officer for the Southern District of Texas, has been served with a subpoena in a pending civil case, titled FAURICE JOSEPH MORGAN v. YVONNE M. BALL in Case No. 2008-36743, to appear on July 8, 2008, at 9:00 a.m. in the 308th Judicial District Court in Harris County, Texas, and give testimony regarding Faurice Joseph Morgan.

WHEREAS, the intellectual and physical information in the possession of the United States Probation Office relating to Faurice Joseph Morgan constitutes confidential court records, obtained by Jennifer Martin in her role as an appointed officer of the Court, during the supervision of this offender.

WHEREAS, it is solely within the discretion of this Court to allow disclosure by Jennifer Martin of such information in her possession relating to Faurice Joseph Morgan, the Court waives the confidentially of the information; and,

IT IS THEREFORE ORDERED, that the subpoena be honored within these following specified limits. United States Probation Officer Jennifer Martin is authorized to testify to the fact that a travel permit was approved for Faurice Joseph Morgan to travel to Kansas to get his children. Further, that United States Probation Officer Jennifer Martin may testify in regards to her home visits with Faurice Joseph Morgan when his children were present, and any conversations with Yvonne M. Ball.

Disclosure of any other information in the intellectual and physical possession of the probation officer regarding Faurice Joseph Morgan's supervised release term is prohibited.

SIGNED at Jackson, Mississippi, this 3rd day of July, 2008.

Henry T. Wingate
Chief United States District Judge